UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1-23-CV-24641-RKA

GARY FRYE,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL

Plaintiff, GARY FRYE, by and through undersigned counsel, notifies the Court that the undersigned counsel, KAREN FOY GROSSMAN, is substituted as counsel for Plaintiff and that Plaintiff's counsel, PAUL J. AGBEYEGBE, is withdrawn as counsel for Plaintiff.

    Respectfully submitted,

LIPCON, MARGULIES
& WINKLEMAN, P.A.
*Attorneys for Plaintiff*
2800 Ponce de Leon Blvd., Suite 1480
Coral Gables, Florida 33134
Telephone No. : (305) 373-3016
Facsimile No. : (305) 373-6204

By : */s/ Karen Foy Grossman*
KAREN FOY GROSSMAN
Florida Bar No.: 767883
kgrossman@lipcon.com
DANIEL GRAMMES
Florida Bar No. 1010507
dgrammes@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Karen Foy Grossman*
KAREN FOY GROSSMAN, ESQ.

## SERVICE LIST

Daniel W. Grammes, Esq.
dgrammes@lipcon.com
Karen F. Grossman, Esq.
kgrossman@lipcon.com
LIPCON, MARGULIES & WINKLEMAN, P.A.
2800 Ponce de Leon Blvd. Suite 1480
Coral Gables, Florida 33134
Tel : 305-373-3016
Facsimile : 305-373-6204

Paul J. Agbeyegbe
paul@wolfsonlawfirm.com
WOLFSON & LEON
3399 SW 3rd Avenue
Miami, FL 33145
Tel.: 305-285-1115